**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:07CR219** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **MEMORANDUM** |
| **vs.** | ) | **AND ORDER** |
| | ) | |
| **DARIO CARLON PACHECO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Report and Recommendation (Filing No. 31) issued by Magistrate Judge F.A. Gossett recommending denial of the Defendant's motion to suppress (Filing No. 22). No objections have been filed to the Report and Recommendation as allowed by 28 U.S.C. § 636(b)(1)(C) and NECrimR 57.3(a).

The Defendant seeks an order suppressing evidence seized as a result of the Defendant's stop and arrest and the search of the vehicle he drove on June 14, 2007. Judge Gossett determined: the traffic stop was justified by three minor traffic violations; reasonable suspicion supported extending the stop for deployment of the drug dog; the dog sniff of the vehicle did not violate the Fourth Amendment; the drug dog's positive alert provided probable cause for the search of the vehicle; and the length of the encounter was justified.

Notwithstanding the absence of objections, pursuant to 28 U.S.C. § 636(b)(1)(C) and NECrimR 57.3, the Court has conducted a de novo review of the record. The Court has read the parties' briefs (Filing Nos. 23, 25) and the transcript (Filing No. 32) and viewed the video (Filing No. 27). Because Judge Gossett fully, carefully, and correctly applied the law to the facts, the Court adopts the Report and Recommendation in its entirety.

IT IS ORDERED:

1.     The Magistrate Judge's Report and Recommendation (Filing No. 31) is

       adopted in its entirety; and

2.     The Defendant's motion to suppress (Filing No. 22) is denied.

DATED this 11th day of October, 2007.

                                        BY THE COURT:

                                        s/Laurie Smith Camp
                                        United States District Judge