# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:07CR219 |
| vs. ) | |
| ) | TRIAL ORDER |
| DARIO CARLON PACHECO, ) | |
| ) | |
| Defendant. ) | |

The court is advised that the parties have been unable to reach a plea agreement. Accordingly, the plea hearing now set for January 31, 2008 will be cancelled and the case returned to the trial docket.

**IT IS ORDERED:**

1. This case is scheduled for a jury trial before the Honorable Laurie Smith Camp, District Court Judge, to begin **Tuesday, February 12, 2008 at 8:30 a.m.** in Courtroom No. 2, Third Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska; because this is a criminal case, defendant must be present in person.

2. Counsel for the United States shall confer with defense counsel and notify the court no later than **February 5, 2008** of the anticipated length of trial.

3. The plea hearing now set for January 31, 2008 is cancelled.

**DATED January 30, 2008.**

                                          **BY THE COURT:**

                                          s/ F.A. Gossett
                                          **United States Magistrate Judge**